## Commonwealth *v.* Esser, Appellant.

Submitted March 19, 1973. *Robert Harry Esser,* appellant, in propria persona; *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Hinton.

Argued June 12, 1973. *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellant; *John J. Hart,* with him *William B. Moyer,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.